UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
LESTER JOHNSON,                    :
                                   :   Civil Action No. 06-926 (RBK)
            Plaintiff,             :
                                   :
      v.                           :         **O R D E R**
                                   :
NEW JERSEY DEPARTMENT OF           :
CORRECTIONS,                       :
                                   :
            Defendant.             :
_____:

For the reasons set forth in the Opinion filed herewith,

IT IS ON THIS   2nd   day of    June   , 2006,

**ORDERED** that Plaintiff may proceed in forma pauperis without prepayment of the $250.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey, and on the warden of the Southern State Correctional Facility; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $250.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that until the $250.00 filing fee is paid, in each succeeding month that the amount in Plaintiff's account exceeds $10.00, until the $250.00 filing fee is paid, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

**ORDERED** that Plaintiff may file an amended complaint addressing the deficiencies of his complaint, as stated in the attached Opinion, within 30 days of the date of this Order; and it is further

**ORDERED** that if Plaintiff does not file an amended complaint within the above 30-day period, the Court will enter an Order dismissing the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2), and ordering the Clerk to close the Court's file for this action.

                                                S/Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge